Kevin Bryant
4150 J Rueben long Ave.
Conway, S.C. 29526

United States District Court
P.O. Box 2317
Florence, S.C. 29503

To whom it may Concern
   I'm A pretrial Detainee being house IN Horry County Jail on a charge that I'm Innoncence of, However, I've been Incarcerated here for 2 years, and although I maintain my Innocients it's to No Avail, for 2 years my Screams of not being guilty of this Crime, my cries of help are unanswered by anyone who hear them, my question to this Court is, Can I as a pretrial Detainee file a writ of Habeas Corpus in the Federal Court or could this court please inform me what

court I must file such a motion or petition in, and if fact I can file such a motion or petition in said court, will you please send me the necessary form and instruction and if I must file it in another court then also please send me the instruction and address of that court, your help pretaining to this matter and Any and All help you assist me with this matter will be greatly appreciated.

THANK YOU,
Kevin Bryant