TO: CLERK'S OFFICE

6:16-CV-2905-TLW-KFM

My name is Kevin Bryant I'm writing to let u know of change of address I'm no longer at 4150 J. Reuben Long Ave Conway, SC 29526 My New Address is Kevin Bryant #343324. 4344 Broad River Rd Columbia SC 29210. Kirkland Reception A1 B55. This is to assure that orders or other matters that specify deadlines for me to meet will be received. Thanks and GOD Bless

Kevin Bryant
12-15-2016

RECEIVED
USDC, CLERK GREENVILLE, SC
2016 DEC 19 AM 11:09